IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR190 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DANIEL M. MALONE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion for an extension of four weeks time to file a response to various motions by defendant Daniel M. Malone (Malone) and to file a response to Malone's objection to the magistrate judge's Findings and Recommendation regarding Malone's motion to dismiss (Filing No. 34). Counsel for Malone does not object to the motion. Accordingly, the motion (Filing No. 34) is granted.

The government shall have to **December 3, 2012**, in which to file a response to Malone's objection to the magistrate judge's Findings and Recommendation (Filing No. 26) on Malone's motion to dismiss and to file responses to Malone's Motion for a Bill of Particulars (Filing No. 27), Motion for Production of Evidence (Filing No. 29), and Motion in Limine (Filing No. 31).

**IT IS SO ORDERED.**

DATED this 31st day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge